WILLIAM A. COFF, Appellant, *v.* HARRY B. HOLLINS et al., Respondents.

(Argued February 3, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made October 21, 1889, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial and an order granting defendants an extra allowance.

*Robert P. Harlow* for appellant.

*John R. Dos Passos* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.